IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 04-81106 |
| | ) | |
| JOSEPH VINCENT CAVANAUGH, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| BORSHEIM JEWELRY COMPANY, INC., | ) | ADV. NO. 05-08064 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| JOSEPH VINCENT CAVANAUGH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court with respect to the Plaintiff's Request for Entry of Judgment against the Defendant Joseph V. Cavanaugh in the above entitled adversary proceeding. Based on the pleadings filed with the Court to include the Affidavit of Counsel, the Court finds the Defendant in default and enters Judgment against the Defendant in favor of the Plaintiff in the amount of $3,259.43 plus court costs, plus post judgment interest at the rate of 18% per annum in accordance with the parties Revolving Charge Agreement and Security Agreement.

DATED this 2 day of December, 2005.

_____
U.S. BANKRUPTCY COURT JUDGE

PREPARED AND SUBMITTED BY:

s/Margaret A. McDevitt
Margaret A. McDevitt, #19666
BRUMBAUGH & QUANDAHL, P.C., LLO
4885 South 118th Street, Suite 100
Omaha, Nebraska 68137

Borsheim's Jewelry Co. vs. Cavanaugh - A05-8064

Copies mailed or electronically sent by the Court to:
*Margaret McDevitt
 UST
 Joseph Cavanaugh

*Movant shall provide notice to any other parties, if required by rules or statute.